UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    UNITED STATES OF AMERICA,

                  -v-

    SHARIF MITCHELL,
                              Defendant.
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/2021

1:17-cr-103-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    As stated on the record during the conference held on September 8, 2021, the conditions of the defendant's supervised release are modified to include the following requirement: "You must refrain from any use of alcohol."

    Counsel for the defendant is directed to provide a copy of this order to the defendant.

    SO ORDERED.

Dated: September 10, 2021
       New York, New York

                                                  GREGORY H. WOODS
                                               United States District Judge