```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
    UNITED STATES OF AMERICA,                                :
                                                             :
                                                             :
                 -v-                                         :
                                                             :
                                                             :
    SHARIF MITCHELL,                                         :
                                                             :
                                     Defendant.              :
------------------------------------------------------------ X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/2022
```

1:17-cr-103-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

A proceeding is scheduled in this matter on March 14, 2022 at 10:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

Defendant Sharif Mitchell is ORDERED to appear before the court on that date and time.

SO ORDERED.

Dated: March 2, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge