UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,                :
:
:
-v-                                                   :      1:17-cr-103-GHW
:
:
SHARIF MITCHELL,                             :      ORDER
:
Defendant. :
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/21/2024

GREGORY H. WOODS, United States District Judge:

A proceeding is scheduled in this matter for March 22, 2024, at 11:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: March 21, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge