UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                          :
UNITED STATES OF AMERICA,            :
                                                          :
                   -v-                          :          1:17-cr-103-GHW
                                                          :
SHARIF MITCHELL,                        :          ORDER
                                                          :
                                Defendant. :
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/2024

GREGORY H. WOODS, United States District Judge:

       The proceeding scheduled in this matter for June 6, 2024 at 10:00 a.m. is rescheduled. The proceeding will take place instead on June 10, 2024 at 11:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. Defendant Sharif Mitchell is ORDERED to appear before the court on that date and time.

       SO ORDERED.

Dated: May 8, 2024
       New York, New York

_____
GREGORY H. WOODS
United States District Judge