UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------X

UNITED STATES OF AMERICA,                    :

                    -against-                                 :

                                                             :

SHARIF MITCHELL,                                 :          1:17-cr-103-GHW

                                                             :

                                  Defendant.    :          <u>ORDER</u>

--------------------------------------------------------X

```
┌────────────────────────────────────┐
│ USDC SDNY                           │
│ DOCUMENT                            │
│ ELECTRONICALLY FILED                │
│ DOC #: _____              │
│ DATE FILED: 8/8/2024                │
└────────────────────────────────────┘
```

GREGORY H. WOODS, United States District Judge:

The conference currently scheduled for August 12, 2024 at 11:00 a.m. is rescheduled.  The conference will take place on October 16, 2024 at 11:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007.  The parties are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

SO ORDERED.

Dated:  August 8, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge