```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,                  :
                                            :
            -against-                       :
                                            :
SHARIF MITCHELL,                            :           1:17-cr-103-GHW
                                            :
                        Defendant.          :           ORDER
------------------------------------------------------------ X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/2025
```

GREGORY H. WOODS, United States District Judge:

A proceeding in this matter will take place on June 17, 2025 at 3:00 p.m. The proceeding will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 52.

SO ORDERED.

Dated: June 4, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge